UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| IN RE | : | |
| | : | Chapter 7 |
| ROY EUGENE FRITH | : | Case No. 16-21105 |
| | : | Judge Tracey N. Wise |
| Debtors | : | |
| _____ | : | |

**ORDER**

This matter is before the Court upon an Amended Motion to Alter or Amend [ECF No. 25] this Court's Order entered September 19, 2016 [ECF No. 23].  The Court held a hearing on November 8, 2016, at which Debtor appeared through counsel and represented that he had no defense to the relief requested.  The Court having reviewed the motion, having heard the argument of counsel, and being otherwise sufficiently advised, it is hereby ORDERED that the Order entered September 19, 2016 is hereby amended to read as follows:

It appearing to this Court that the Debtor has willfully failed to abide by the Orders of this Court, it is ORDERED that:

1. This case is DISMISSED with prejudice; and

2. The Debtor Roy Eugene Frith is barred from filing any case under any Chapter of the Bankruptcy Code for a period of One Hundred Eighty (180) days from the date of the entry of this Order.

_____

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
Dated: **Wednesday, November 09, 2016**
(tnw)